SAMUEL LEVY, as Receiver of 170 Broadway, City of New York, Respondent, v. ISAAC FORMA et al., Appellants.

Argued January 15, 1948; decided March 11, 1948.

*Abraham Harris* and *Seymour Joseph* for appellants.
*Morris J. Bricker* and *Sidney Schutz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of the Claim of CAROLINE BROSOWSKI, Respondent, against AMERICAN AIRLINES, INC., et al., Appellants. WORK-MEN'S COMPENSATION BOARD, Respondent.

Argued January 13, 1948; decided March 11, 1948.